STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
RONNIE G. BUSH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GENE BUSH, | ) Case No.: C 08-4462 MHP |
| | ) |
| Petitioner, | ) Former USDC-N No. 06-cv-7255 MHP |
| -vs- | ) **DENYING** |
| | ) **ORDER** ~~GRANTING~~ |
| EDDIE YLST, Warden | ) **MOTION FOR EXPEDITED** |
| San Quentin State Prison, | ) **BRIEFING AND DISPOSITION** |
| | ) ~~[Proposed]~~ |
| Respondent. | ) |
| _____ | ) |
| BOARD OF PAROLE HEARINGS, | ) |
| | ) |
| Real Party in Interest. | ) |

Petitioner Ronnie Gene Bush having duly filed his Motion for Expedited Briefing and Disposition and ~~good cause appearing~~, the court having reviewed this matter and the earlier habeas cases filed by plaintiff.
IT IS HEREBY ORDERED that the ~~answer to the Order to Show Cause shall be due seven (7) business days from the date of this order, and the Traverse shall be due four (4) business days thereafter. The decision shall be promptly issued by the Court thereafter. If deemed necessary by the Court, oral argument shall be set within five (5) business days from the filing of the traverse. Pending the determination of the petition, Petitioner may travel outside Sonoma County for up to 72 hours upon prior written notification of his parole officer of the nature, location and purpose of said travel.~~ the motion is DENIED.
Dated: 3/2/2010  _____
THE HON. MARILYN PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED