UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE GENE BUSH,

    Petitioner,

v.

EDDIE YLST,

    Respondent.

No. C 08-04462 MHP

**ORDER**

**Re: Briefing of Respondent's Motion to Dismiss**

On March 16, 2010, respondent Eddie Ylst filed a motion to dismiss petitioner Ronne Gene Bush's petition for habeas corpus. *See* Docket No. 8. Petitioner shall file any opposition to the motion to dismiss within sixty (60) days. Respondent may file a reply to the opposition within thirty (30) days of the filing of any opposition.

IT IS SO ORDERED.

Dated: 3/26/10

MARILYN HALL PATEL
United States District Court Judge
Northern District of California