**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE GENE BUSH,

       Petitioner,

  vs.

EDDIE YLST,

       Respondent.

/

No. 08-04462 MHP

**<u>JUDGMENT</u>**

     The petition for writ of habeas corpus is dismissed for failure to raise a federally cognizable claim.

     IT IS SO ORDERED AND ADJUDGED.

Date: <u>November 18, 2010</u>

MARILYN HALL PATEL
United States District Court Judge
Northern District of California